11766.  BAILEY *v.* AMERICAN RAILWAY EXPRESS COMPANY.

STEPHENS, J.  1. While a common carrier may charge a rate for trans-
porting freight, to be determined according to the value of the article
shipped, the carrier cannot, by an arbitrary agreement as to the value
of the article, limit liability for its loss or damage through the fault
of the carrier.
2. Where the agent of the shipper, when delivering to the carrier for trans-
portation an article of freight, states to the agent of the carrier that
he does not know the value of the contents of the shipment, but at
the suggestion of the agent of the carrier receiving the shipment the
value is arbitrarily fixed at a sum far below the true value of the ship-
ment and a rate is made on the basis of such fixed value, such an
arrangement cannot as a matter of law be held to be a bona fide effort
between the carrier and shipper to fix the value of the article for the
purpose of determining the rate.
3. In a suit by the shipper against the carrier to recover for the loss of
the shipment at its true value, which, as appears from the evidence,
amounted to several hundred dollars, it was error to hold that the
plaintiff could not recover a sum in excess of $50, the amount agreed
upon, and the direction of a verdict for the plaintiff upon motion of
the defendant for the sum of $50 was error.

*Judgment reversed. Jenkins, P. J., and Hill, J., concur.*
DECIDED AUGUST 31, 1921.

Action for damages; from city court of Macon — Judge Guerry.
June 28, 1920.

Application for certiorari was granted by the Supreme Court.
*Gunn & Powers*, for plaintiff.

*C. Baxter Jones, Robert C. & Philip H. Alston, Jones, Park &
Johnston*, for defendant.